**Opinion filed April 21, 2022**



# In The

# Eleventh Court of Appeals

_____

## No. 11-22-00060-CR

_____

## SUSAN OVERTON HUMPHREY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 118th District Court**

**Howard County, Texas**

**Trial Court Cause No. 15456**

## M E M O R A N D U M   O P I N I O N

In September 2021, Susan Overton Humphrey, Appellant, pled guilty to the offense of murder, and the trial court assessed her punishment, pursuant to the terms of a plea bargain agreement, at imprisonment for twenty-five years. In March 2022, Appellant began to file documents indicating that she wished to pursue an appeal. Because Appellant did not timely file a notice of appeal, we must dismiss the appeal.

Pursuant to the Texas Rules of Appellate Procedure, a notice of appeal is due to be filed either (1) within thirty days after the date that sentence is imposed or

suspended in open court or (2) if the defendant timely files a motion for new trial, within ninety days after the date that sentence is imposed or suspended in open court. TEX. R. APP. P. 26.2(a). A notice of appeal must be in writing and filed with the clerk of the trial court. TEX. R. APP. P. 25.2(c)(1). The documents on file in this appeal indicate that Appellant's sentence was imposed on September 2, 2021, and that Appellant first filed a notice of appeal on March 21, 2022—200 days after her sentence was imposed. The notice of appeal was therefore untimely.

Absent a timely filed notice of appeal or the granting of a timely motion for extension of time, we do not have jurisdiction to entertain an appeal. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522–23 (Tex. Crim. App. 1996); *Rodarte v. State*, 860 S.W.2d 108, 110 (Tex. Crim. App. 1993). Because the notice of appeal was not timely filed, we have no jurisdiction over this appeal and must dismiss it. *See Slaton*, 981 S.W.2d at 210.

When the appeal was docketed in this court, we notified Appellant that the notice of appeal appeared to be untimely, and we informed her that this appeal may be dismissed for want of jurisdiction. We requested that Appellant file a response showing grounds upon which this appeal could continue. Appellant has filed various documents in this court, but she has not provided this court with any grounds upon which the appeal may continue.

We dismiss this appeal for want of jurisdiction.

April 21, 2022                                          PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.